IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION
"IN ADMIRALTY"

CASE NO:

ST JOHNS SHIP BUILDING INC.

   Plaintiff,

vs.

M/V EAST WIND, (IMO: 9429998,
A 2007 Panamanian Flagged Ro-Ro Cargo its engines,
tackle, boats, gear, tools, appurtenances etc., *in rem*,

   Defendant.
_____/

**VERIFIED COMPLAINT IN ADMIRALTY TO FORECLOSE ON
MARITIME LIEN FOR NECESSARIES AND BREACH OF MARITIME
CONTRACT**

1.   This is a case within this Court's Admiralty and Maritime Jurisdiction and Supplemental Jurisdiction as hereinafter more fully appears and is an Admiralty or Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.   This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C.§ 1333, 28 U.S.C. § 1331, 46 U.S. Code § 31342, Rule C of the Supplemental Rules for Admiralty and Maritime Claims, and Local Rule C, and the general maritime law for maritime necessaries and maritime liens.

3.   The Verified Complaint of Plaintiff against Defendant M/V EAST WIND (Vessel) is for the provision of marine services and necessaries and Plaintiff claims a maritime lien on the Defendant vessels pursuant to general maritime law and 46 U.S. Code § 31342.

4.      Venue is proper in the Southern District of Florida, pursuant to 28 U.S.C. § 1391, as Plaintiff provided the services, repairs, maritime necessaries in Florida, including provisioning of building supplies, vessel repair and dockage services to the vessel, and the vessel is currently located within this District.

5.      This Court has personal jurisdiction and general jurisdiction over the vessel and owner, Bahamas Ferries Ltd. that they operate the vessel in this district, refuel the vessel and dock the vessel in this district and the breach of contract occurred in Florida.

## THE PARTIES

6.      At all times hereinafter mentioned, Plaintiff, St Johns Ship Building Inc. is a Florida corporation domiciled in Putnam County Florida and provided the shipyard services and vessel necessaries, pursuant to a contract attached as Exhibit A.

7.      The Defendant vessel, M/V EAST WIND is a 2007 Panamanian Flagged Roll On Roll Off (RO-RO) Cargo Vessel and is believed to be owned and/or operated by Bahamas Ferries Ltd. which runs freight services to and from Palm Beach Florida and which moors, operates, and uses the vessel in navigable waters of Florida.

## GENERAL ALLEGATIONS

8.      St Johns Ship Building Inc. (St Johns) provided necessaries including shipyard services and provisioning to Bahamas Ferries Ltd at its shipyard in Palatka Florida pursuant to the attached contract. (See Exhibit A)

9.      St Johns invoiced Bahamas Ferries Ltd in the amount of $124,993.07. (See Exhibit B.)

10.     Vessel owner refused to pay invoices, although duly demanded.

11.     St Johns had offered a discount if paid within a time certain, but defendant Owner refused to comply with that deadline.

12. Plaintiff has performed all conditions precedent prior to filing this action.

## COUNT I: FORECLOSURE OF A MARITIME LIEN FOR MARITIME NECESSARIES AND BREACH OF MARITIME CONTRACT AGAINST DEFENDANT VESSEL

Plaintiff re-alleges and reaffirms paragraphs 1-12 above and would further allege:

13. Defendant vessel through its owner/ operator on behalf of the Owner Bahamas ferries LTD. entered drydocking agreement on June 13, 2022.   A copy of that marine contract agreement is attached as Exhibit A.

14.  Plaintiff performed the services and provided the necessaries to the vessel. See Invoices marked as Exhibit B.

15. The services were provided on navigable waters of Florida.

16. Defendant vessel and its owner refused to pay outstanding invoices although demanded.

17. Refusal to pay the charges is a breach of the contract.

18. As a result of the breach, Plaintiff has been damaged in the amount of $124,993.07 plus pre judgment interest, attorneys fees and the cost of arrest.

19. Plaintiff is entitled to this arrest action and to a recovery of damages, including costs and attorneys' fees pursuant to the general maritime law, the contract agreement between the parties (Exhibit A) and 46 U.S.C. Secs 31341-43.

20. Attorneys' fees, costs, expenses, and disbursements have been, and will be incurred in the prosecution of this in rem claim.

21. The vessel represents a departure risk and is believed to be departing the South Florida area for the Bahamas and outside the reach of this Court.

WHEREFORE, Plaintiff prays for arrest of the M/V EAST WIND in the amount of $124,993.07, plus court costs, Marshal's Costs, custodial fees, prejudgment and post judgment interest and that the vessel be condemned and sold at a United States Marshal's sale and for all other relief that is proper and just.

FURTHER, the Plaintiff prays that Process for the arrest of the M/V EAST WIND, its engines, tackle, sails, rigging, gear, boats, cargo, appurtenances etc., in due form of law, according to the practices of this Honorable Court in causes of Admiralty and Maritime jurisprudence, may issue against the Vessel its hull, main engines, cargo gear, tackle, rigging, boats, gear, appurtenances, main engines, fuel, cargo and apparel, etc., and that all persons having or claiming any interest therein be cited to appear and answer, under oath, all and singular the matters aforesaid; that Plaintiff have a decree for its damages aforesaid, with interest, custodial fees and costs; and that the M/V EAST WIND its engines, sails, tackle, rigging boats, appurtenances etc. be placed in the Plaintiff's possession; that process in due form of law may issue enjoining the Defendants or any other party from attempting to sell or dispose of the M/V EAST WIND and its engines, tackle, sails, rigging, tools, boats, appurtenances etc., that the M/V EAST WIND and its engines, tackle, sails, rigging, boats, appurtenances etc. located within this District be attached to the amount sued for herein, and condemned and sold to pay Plaintiff's claim; and that Defendant M/V EAST WIND, her engines, tackle, sails, rigging, boats, appurtenances etc. be adjudged liable to Plaintiff in the amount of $124,993.07 plus pre-judgment and post-judgment interest, custodial fees and costs of litigation, and U.S. Marshal's fees and costs, and that the Plaintiff may have such other and further relief as the cause may require.

WHEREFORE, Plaintiff prays for entry of an arrest warrant and Arrest of the M/V EAST WIND *in rem* up to and including the amount of $124,993.07,000 plus court costs, custodial and U.S. Marshal's fees and pre-judgment and post-judgment interest at the invoice rate and for all other relief that is proper and just.

Respectfully submitted this 13th day of March 2023.

*s/Matthew J. Valcourt*
Matthew J. Valcourt [FBN:   88791]
VALCOURT & ASSOCIATES LLC
850 NE 3rd Street, Suite 208
Dania, FL 33004
Phone:   (305) 763-2891
Fax: (305) 763-2891
Email: mvalcourt@valcourtlaw.com
Attorneys for Plaintiff St Johns Ship Building Inc.

# VERIFICATION

STATE OF FLORIDA

COUNTY OF PUTNAM

BEFORE ME, the undersigned authority, personally appeared Jeff Bukoski, who was duly sworn and says that he has read the foregoing Verified Complaint filed in this case and is familiar with its contents, which are true to the best of his knowledge, information, and belief. The sources of his information and grounds for his belief are documents attached as exhibits, and company files and records of St Johns Ship Building Inc., and his personal knowledge.

_____
Jeff Bukoski-President
St Johns Ship Building Inc.

SWORN TO AND SUBSCRIBED before me this 10th day of March 2023

_____
Signature of Notary Public, State of Florida

Matthew J. Valcourt
Print, Typed or Stamped Commissioned Name of Notary Public

Personally Known ✓

Produced Identification _____ Type of Identification Produced:

MATTHEW JOHN VALCOURT
Notary Public - State of Florida
Commission # HH 246781
My Comm. Expires Jul 24, 2026
Bonded through National Notary Assn.

6